UNITED STATES, Appellee

v.

BILLY R. DICK, Private First Class,
U. S. Marine Corps, Appellant

6 USCMA 243, 19 CMR 369

No. 6661

Decided August 5, 1955

*Commander James A. Brough*, USN, was on the brief for Appellant, Accused.

*Commander George H. Rood*, USN, and *Commander Lewis N. Evans*, USN, were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

We granted review in this case for the sole purpose of determining whether the evidence sufficed legally to sustain the finding of a general court-martial that the accused's period of desertion had been terminated by apprehension. In substance, that issue has already been decided against the defense position by our opinion in United States v. Simone, 6 USCMA 146, 19 CMR 272. Accordingly, the findings and sentence are affirmed.